**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-1209**

CASTLE CREDIT CO. HOLDING, LLC,

Plaintiff - Appellee,

v.

ROY RILEY; RAMONA RILEY,

Defendants - Appellants.

Appeal from the United States District Court for the District of South Carolina, at Columbia.  Donald C. Coggins, Jr., District Judge.  (3:17-cv-02591-DCC)

Submitted:  June 14, 2018                    Decided:  June 18, 2018

Before TRAXLER, DUNCAN, and WYNN, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Roy Riley, Ramona Riley, Appellants Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Roy Riley and Ramona Riley seek to appeal from the district court's order adopting the report and recommendation of the magistrate judge and remanding the debt collection case filed against the Rileys back to state court. We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

Parties are accorded thirty days after the entry of the district court's final judgment or order to note an appeal, Fed. R. App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5), or reopens the appeal period under Fed. R. App. P. 4(a)(6). "[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement." *Bowles v. Russell*, 551 U.S. 205, 214 (2007).

The district court's order was entered on the docket on January 2, 2018. The notice of appeal was filed on February 23, 2018. Because the Rileys failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*

2